EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Carlos Ortiz Morales<br>Ernesto Maldonado Pérez | 2005 TSPR 200<br><br>166 DPR _____ |

Número del Caso: CP-2000-9


Fecha: 8 de noviembre de 2005


Oficina del Procurador General:

                    Lcda. Cynthia Iglesias Quiñones
                    Procuradora General Auxiliar

 Abogado de los Querellados:

 Lcdo. Ernesto Maldonado Pérez

                    Por Derecho Propio

 Lcdo. Carlos Ortiz Morales

                    Lcdo.Fernando E. Agrait


 Materia: Conducta Profesional
        Lcdo. Carlos Ortiz Morales
        (La suspensión del abogado advino final y firme el día 2
        de diciembre de 2005)

        Lcdo. Ernesto Maldonado Pérez
        (La suspensión del abogado advino final y firme el día 14
        de diciembre de 2005)


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos Ortiz Morales                    CP-2000-9
Ernesto Maldonado Pérez


RESOLUCION


San Juan, Puerto Rico, a 18 de noviembre de 2005.

Se enmienda *nunc pro tunc* nuestra Opinión Per Curiam del 8 de noviembre de 2005, en el caso de epígrafe, para que lea en su último párrafo como sigue:

En virtud de lo anterior procede que impongamos al licenciado Carlos Ortiz Morales, como sanción disciplinaria, una suspensión de la abogacía por seis (6) meses y al licenciado Ernesto Maldonado Pérez como sanción disciplinaria, una suspensión de la abogacía por tres (3) meses.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


                          Dimarie Alicea Lozada
                 Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos Ortiz Morales          CP-2000-9
Ernesto Maldonado Pérez

RESOLUCION

San Juan, Puerto Rico, a 18 de noviembre de 2005.

Se enmienda *nunc pro tunc* nuestra Sentencia del 8 de noviembre de 2005, en el caso de epígrafe, para que lea como sigue:

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, procede que impongamos al licenciado Carlos Ortiz Morales, como sanción disciplinaria, una suspensión de la abogacía por seis (6) meses y al licenciado Ernesto Maldonado Pérez como sanción disciplinaria, una suspensión de la abogacía por tres (3) meses.

Se les impone el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión a los foros judiciales y administrativos de Puerto Rico. Deberán, además, certificarnos dentro del término de treinta (30) días a partir de su notificación, el cumplimiento de estos deberes, notificando también al Procurador General.

Notifíquese a los querellados con copia  de la Opinión que antecede y de esta Sentencia.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.  El Juez Asociado señor Fuster Berlingeri no intervino.



Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina